# State of Tennessee
## IN THE CHANCERY COURT FOR HAMILTON COUNTY

TINA RAULSTON

**PLAINTIFF**

V.

DOCKET NO. 11-0777

SUNTRUST MORTGAGE, INC.

**DEFENDANT**

# SUMMONS

TO DEFENDANT:     __SUNTRUST MORTGAGE, INC. c/o Registered Agent__

WHOSE ADDRESS IS __CORPOATION SERVICE COMPANY; 2908 POSTON AVE, NASH., TN.37203__

OTHER SERVICE INFORMATION __PLAINTIFF WILL SERVE__

---

You are summoned and required to Answer and make defense to a Complaint herewith served upon you. Your Answer to the Complaint must be filed and served upon plaintiff's attorney on or before thirty (30) days after service of this Summons and Complaint upon you, exclusive of the day of service. Your Answer must be filed in the OFFICE OF THE CLERK & MASTER, Hamilton County Courthouse, Suite 300, 201 East 7th Street, Chattanooga, Tennessee 37402. You are also required to serve a copy of your Answer upon the plaintiff's attorney, or the *pro se* plaintiff as set out below. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

ISSUED & TESTED this _12th_ day of _October_, 2011.

S. LEE AKERS, CLERK & MASTER

By: _____
DEPUTY CLERK & MASTER

| | |
|---|---|
| __Randall D. Larramore__ | __18760__ |
| Plaintiff Attorney | BPR# |
| or Plaintiff if no attorney (*pro se*) | |

__19 Patten Parkway__
Address

__Chattanooga, TN 37402__

| | |
|---|---|
| __423-756-6770__ | __423-756-0009__ |
| Tel. NO. | Fax NO. |

**NOTICE TO DEFENDANT(S)**

Tennessee Code Annotated § 26-2-103 provides a $4,000.00 personal property exemption-from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk & Master. The list may be filed at any time and may be changed by you thereafter as necessary; however unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you, would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SUMMONS RETURN

I received this summons on _____ . I certify and return that on _____ , I
                                          (Date)                                            (Date)

☐ served this summons and a complaint on defendant, _____
                                                               (Printed Name of Defendant)

in the following manner:

_____

_____

_____

☐ failed to serve this summons within thirty (30) days after its issuance because:

_____

_____

_____

_____    _____
    Process Server Name (Printed)                        Process Server Signature

_____
                         Address

_____

_____

[Form 114, Rev 2002.01.15]

## IN THE CHANCERY COURT OF
## HAMILTON COUNTY, TENNESSEE

TINA RAULSTON,
    Plaintiff,

Case No. 11-0777

V.

Part ___

SUNTRUST MORTGAGE, INC.,
    Defendant.

Jury Demand

---

## COMPLAINT

---

Comes the Plaintiff, Tina Raulston, by and through Counsel, and sues the Defendant, SunTrust Mortgage, Inc., (hereinafter referred to as Defendant or "SunTrust Mortgage") and for her cause of action states:

### I. Jurisdiction

1. Jurisdiction in this case is invoked for violation of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621, *et.seq*.

2. Plaintiff, Tina Raulston, is, and was at all times material herein, a citizen and resident of Hamilton County, Tennessee.

3. Defendant, SunTrust Mortgage, Inc., is a foreign corporation, registered to do business in the State of Tennessee. SunTrust can be served through its Registered Agent for Service of Process: Corporation Service Company, 2908 Poston Ave., Nashville, Tennessee, 37203.

4. Plaintiff is a female over the age of forty-five (45) and is entitled to have her right to gainful employment protected and untainted by discrimination based on her age.

5. The acts complained of herein occurred primarily at Defendant's facilities in Hamilton County, Tennessee where the Plaintiff was assigned as a result of her employment.

'aty, Rymer, and Ulin, P.C.

ATTORNEYS AT LAW
19 PATTEN PARKWAY
CHATTANOOGA, TENNESSEE
37402-2297

## II. General Allegations

6.     Plaintiff, Tina Raulston's date of birth is ████ 1962.

7.     Plaintiff was hired by Defendant, SunTrust Mortgage in April of 2002, to work as a Mortgage Loan Processor.

8.     During her employment, Plaintiff performed her job duties acceptably within the guidelines established by Defendant and received positive feedback from her superiors.

9.     In July of 2009, however, Plaintiff began to become subject to heightened scrutiny of her work performance.

10.     Although Plaintiff improved her performance, Plaintiff did not receive a raise in 2009, as did her younger co-workers.

11.     On or around July 9, 2010, Plaintiff was given a back-dated discipline for performance issues. At this time, Plaintiff's performance was comparable to her younger co-workers.

12.     By August of 2010, Plaintiff's performance had improved above that of her co-workers. Despite this performance, Plaintiff was terminated on September 13, 2010.

13.     Plaintiff was replaced by a significantly younger employee.

14.     At the time of her termination, Plaintiff's performance was equal to or superior to that of her younger co-workers.

15.     Plaintiff was terminated based on her age.

## III. Cause of Action

16.     Plaintiff charges and alleges that because of the discrimination to which she was subjected, Defendant is guilty of violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*

*y, Rymer, and Ulin, P.C.*

ATTORNEYS AT LAW
19 PATTEN PARKWAY
CHATTANOOGA. TENNESSEE
37402-2297

2

## IV. Damages

17.    As a direct and proximate result of the acts and omissions of the Defendant, Plaintiff has suffered lost wages, physical injury, emotional injury, mental pain and suffering, embarrassment, humiliation and general damages.

## V. Relief Sought Against Defendants

**WHEREFORE**, Plaintiff, Tina Raulston, prays that proper process issue and be served upon the Defendants in this action in the manner prescribed by law; and

**WHEREFORE**, Plaintiff demands judgment against the Defendant for compensatory damages, punitive damages, plus reasonable attorney fees and all costs; and

**WHEREFORE**, Plaintiff demands a jury to try all issues, when joined.

**Respectfully submitted,**

**PATY, RYMER AND ULIN P.C.**

By: _____
Randall D. Larramore
BPR # 18760
Attorneys for Plaintiff
19 Patten Parkway
Chattanooga, TN 37402
R-Larramore@PRandUlaw.com
(423) 756-6770

 

**CLERK & MASTER**
**CHANCERY COURT OF TENNESSEE**
**ELEVENTH JUDICIAL DISTRICT OF TENNESSEE**
**CHATTANOOGA, TENNESSEE**

# ADA: PUBLIC NOTICE

This notice is provided as required by Title II of the AMERICANS WITH DISABILITIES ACT OF 1990, 42 U.S.C. 12131, et seq., T.C.A. § 16-3-803, and Tennessee Supreme Court Rule 45.

The AMERICANS WITH DISABILITIES ACT (ADA) prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its judicial programs. In accordance with the ADA, the Tennessee Judicial Branch will provide reasonable modifications, if necessary, in order for any qualified individual with a disability to access all of its programs, services and activities.

If you require a modification to access the judicial program and/or have special needs because of a qualified disability, you must submit a written **ADA Request for Modification** to the Local Judicial Program ADA Coordinator listed below at least 5 business days prior to the date of the judicial program, if possible. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator. http://www.tsc.state.tn.us

| If you need assistance, have questions or need additional information please contact either: | |
|---|---|
| | Julie Taylor<br>State Judicial Program ADA Coordinator<br>Administrative Office of the Courts<br>Nashville City Center, Ste 600<br>511 Union St,<br>Nashville, TN 37243<br>1-800-448-7970<br>adacoordinator@tscmail.state.tn.us |

**The Tennessee Judicial Branch Americans with Disabilities Act Policy Regarding Access to Judicial Programs**, as well as **Request for Modification** form may be found online at:
www.tsc.state.tn.us

Page 1 of 1 page.
PUBLIC NOTICE: AMERICANS WITH DISABILITIES ACT
REV. 2007.01.19

CERTIFIED MAIL™

02 1P
0003175242   OCT 14 2011
MAILED FROM ZIP CODE 37402

UNITED STATES POSTAGE
PITNEY BOWES
$ 005.79⁰

7008 0500 0000 4443 0296

LAW OFFICES
*Paty, Rymer and Ulin, P.C.*
1811 PATTEN PARKWAY
CHATTANOOGA, TENNESSEE 37402-2297

Suntrust Mortgage Inc.
c/o Registered Agent:
Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

37203131312