UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TINA RAULSTON, | ) |
| | ) |
| Plaintiff, | ) No. 1:11-cv-336 |
| | ) |
| v. | ) Phillips/Guyton |
| | ) |
| SUNTRUST MORTGAGE, INC., | ) Jury Demand |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The instant matter is to be dismissed with prejudice, with each party to bear its own costs and expenses, including, but not limited to, attorney's fees. As a result of this stipulation, all claims that were asserted by Plaintiff in her Complaint or which could have been asserted by Plaintiff in her Complaint are hereby dismissed with prejudice.

Entered this 6th day of June, 2012.

_Thomas W. Phillips_
JUDGE THOMAS W. PHILLIPS

*Signatures on following page.*

APPROVED FOR ENTRY:

MILLER & MARTIN PLLC


By: s/ Bradford G. Harvey
  Bradford G. Harvey, TN BPR No. 17393

Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Phone: (423) 756-6600
Facsimile: (423) 785-8480
bharvey@millermartin.com

*Attorney for Defendant*



PATY, RYMER & ULIN, P.C.


By: s/ Randall D. Larramore (by: s/ Bradford G. Harvey, with permission)
  Randall D. Larramore, TN BPR No. 18760

19 Patten Parkway
Chattanooga, TN 37402
Phone: (423) 756-6770
Facsimile: (423) 756-0009
r-larramore@prandulaw.com

*Attorney for Plaintiff*

9749850_1.DOC
Case 1:11-cv-00336-TWP-HBG   Document 9   Filed 06/07/12   Page 2 of 2   PageID #: 37

APPROVED FOR ENTRY:

MILLER & MARTIN PLLC


By: s/ Bradford G. Harvey
  Bradford G. Harvey, TN BPR No. 17393

Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Phone: (423) 756-6600
Facsimile: (423) 785-8480
bharvey@millermartin.com

*Attorney for Defendant*



PATY, RYMER & ULIN, P.C.


By: s/ Randall D. Larramore (by: s/ Bradford G. Harvey, with permission)
  Randall D. Larramore, TN BPR No. 18760

19 Patten Parkway
Chattanooga, TN 37402
Phone: (423) 756-6770
Facsimile: (423) 756-0009
r-larramore@prandulaw.com

*Attorney for Plaintiff*